In the Matter of LOUIS TANNENHOLZ, Petitioner, v. WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent.—

Concur — Stevens, P. J., McGivern, Tilzer and Macken, JJ.